UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-07062-SVW-E | Date | November 7, 2024 |
|---|---|---|---|
| Title | Willie Weaver v. Warden et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER DISMISSING ACTION

The Court, on August 20, 2024, issued an letter advising the pro se plaintiiff that he failed to pay the filing fee. Plaintiff was given instructions how to proceed if he was unable to pay the entire fee, and granted thirty days to comply.

Plaintiff has failed to respond. The thirty day time period has expired.

The Court orders the case dismissed.

:

| | |
|---|---|
| Initials of Preparer | PMC |